

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-18-00493-CV

Style:                       Andrew Whallon

                             v. Candlelight Trails 1 Association

Date motion filed*:          June 14, 2019

Type of motion:              Motion to Supplement Clerk's Record

Party filing motion:         Appellee

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:      Current Due date:
    Date Requested:

Ordered that motion is:

☐   Granted

     If document is to be filed, document due:

☐   The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐ **Denied**

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

**We strike appellant's Motion to Supplement the Clerk's Record because said motion is deficient for failing to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5(e), 10.1(a)(5). The Court will consider a Motion to Supplement the Clerk's Record that complies with the certificate of service and certificate of conference requirements of the Texas Rules of Appellate Procedure. *See id*.**

Judge's signature:   /s/ Sherry Radack
       ☑   Acting individually   ☐   Acting for the Court

Panel consists of   _____

Date:   June 27, 2019